**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jaime GONZALEZ–MORALES,
True Name, Jaime Gonzalez,
Defendant–Appellant.**

No. 05–50393.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 21, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Jaime Gonzalez–Morales appeals his guilty-plea conviction for transporting illegal aliens. For the first time on appeal, he claims the factual basis for his guilty plea was insufficient because it failed to state he was aware of the status of the aliens he was transporting. Pursuant to our plain error standard of review, he fails to show the requisite "clear" or "obvious" error because he has not shown it was clear or obvious the factual basis was insufficient to demonstrate that he committed the charged crime. *United States v. Olano,* 507 U.S. 725, 731–37, 113 S.Ct. 1770, 123

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

L.Ed.2d 508 (1993); *United States v. Johnson,* 546 F.2d 1225, 1226 (5th Cir. 1977).

**AFFIRMED.**

the limited circumstances set forth in 5TH CIR. R. 47.5.4.